Douglas E. Melker 33946-068
Name and Prisoner Number/Alien Registration Number

Unied States Penitentiary - Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85734
City, State, Zip Code

```
       FILED      ___ LODGED
___ RECEIVED      ___ COPY

        AUG 09 2021
CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Douglas E. Melker                          )
(Full Name of Petitioner)                  )
                                           )
              Petitioner,                  )  CASE NO. _____
                                           )       (To be supplied by the Clerk)
              vs.                          )
                                           )
C. Howard, Warden USP Tucson  ,            )  PETITION UNDER 28 U.S.C. § 2241
(Name of Warden, Jailor or authorized person) )  FOR A WRIT OF HABEAS CORPUS
having custody of Petitioner)              )  BY A PERSON IN FEDERAL CUSTODY
                                           )
              Respondent.                  )
_____)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCvP 5.4
(Rule Number/Section)

**PETITION**

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☒ Other (explain): Petitioner has not had an unobstructed procedural judicial path to be heard on the issues presented here.

2. (a) Name and location of the agency or court that made the decision you are challenging: U.S. District for the District of Oregon.

   (b) Case or opinion number: 3:18-cv-00044-AC, 2018 U.S. Dist. LEXIS 77199

   (c) Decision made by the agency or court: Denied

(d) Date of the decision: May 3, 2018

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☒

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____
    _____
    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: <u>N/A</u>
_____
_____
_____
_____

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☐   No ☒

    If yes, answer the following:

    (a) Name of the agency or court: _____

    (b) Date you filed: _____

    (c) Opinion or case number: _____

    (d) Result: _____

    (e) Date of result: _____

    (f) Issues raised: _____
    _____
    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

    **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

GROUND ONE: The Petitioner is actually innocent of his 18 U.S.C. § 922(g) conviction and subsequent sentence.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel and/or the standing case law coerced the petitioner into pleading guilty to the 18 U.S.C. § 922(g) charge. There was no evidence to prove the petitioner knowingly possessed any firearm/ammunition while knowingly a member of a prohibited class of persons as required by Rehaif v. United States, 139 S. Ct. 2191 (2019).

Had the petitioner been advised that the Government had to prove he knowingly, constructively possessed a firearm and ammunition while knowingly being a member of a prohibited § 922(g) class, the petitioner would have gone to trial as there is no evidence to prove this fact which is required to be actually guilty of this offense.

<<<continued on pg 4a>>>

(b) Did you exhaust all available administrative remedies relating to Ground One?    Yes ☐    No ☒

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
There is no remedy available at USP Tucson.

> "a reasonable probability that, but for the error, he would have not entered into the plea." <u>United States v. Dominguez Benitez</u>, 542 U.S. 74, 83.

A person on one side of the law is no more or less innocent than a person who goes to the edge of the law as written. If Congress had desired to make the class of person a liability under the law, they know how to write the law to encompass such activity.

-4a-

GROUND TWO: The Petitioner would not have entered into a plea had he known he could not be found guilty of 18 U.S.C. § 922(g).

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): The Petitioner believed he was subject to actual conviction under § 922(g) which swayed his decision to accept a plea of guilt in the above case. Had the petitioner known he could not be found guilty of 18 U.S.C. § 922(g) based on the fact he did not knowingly possess ammunition or constructively possessing a firearm while knowingly being a part of a class of persons, he would not have taken a guilty plea in this case.

(b) Did you exhaust all available administrative remedies relating to Ground Two?   Yes ☐   No ☒

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why: Remedy not available at USP Tucson.

GROUND THREE: _N/A_

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Did you exhaust all available administrative remedies relating to Ground Three?    Yes ☐    No ☐

(c) If yes, did you present the issue to:
☐ The Board of Immigration Appeals
☐ The Office of General Counsel
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

GROUND FOUR: __N/A__

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Did you exhaust all available administrative remedies relating to Ground Four?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
- ☐ The Board of Immigration Appeals
- ☐ The Office of General Counsel
- ☐ The Parole Commission
- ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

Please answer these additional questions about this petition:

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☒    No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a) Have you filed a motion under 28 U.S.C. § 2255?    Yes ☒    No ☐

      If yes, answer the following:

      (1) Name of court: <u>U.S. District Court, Western Dist. of Pennsylyvania</u>

      (2) Case number: <u>?</u>

      (3) Opinion or case number: <u>2015 U.S. Dist. LEXIS 91259(W.D. Pa., July 14, 2005)</u>

      (4) Result: <u>Denied</u>

      (5) Date of result: <u>12/7/16; COA denied, 3rd Cir. Appl. Ct. 4/28/17</u>

      (6) Issues raised: <u>Ineffective assistance of counsel for not proving that 1) the defdant knew he possessed a firearm and 2) tht the defendant knew he belonged to a relevant catogory of persons barred from possessing a firearm when he possessed it.</u>

      **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b) Explain why the remedy under § 2255 is inadequate or ineffective: <u>The U.S. District Court and, and after appeal, the 3rd Circuit Appellate court failed to address the issues brought herein as Circuit precedent was against the issues the petitioner.</u>

8. If this case concerns immigration removal proceedings, answer the following: N/A

   (a) Date you were taken into immigration custody: _____

   (b) Date of removal or reinstatement order: _____

   (c) Did you file an appeal with the Board of Immigration Appeals?    Yes ☐    No ☐

      (1) Date you filed: _____

      (2) Case number: _____

8

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____
_____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d) Did you file an appeal with the federal court of appeals?    Yes ☐    No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: <u>Because the Petitioner is actually innocent of the crime 18 U.S.C. § 922(g), this conviction and sentence must be vacated. Because the unconstitutional conviction under § 922(g) is a part of a total plea bargain, the other convictions and sentences must be</u>

<<<continued on page 9a>>>

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  8-7-21  (month, day, year).

_____
Signature of Petitioner


_____        _____
Signature of attorney, if any                          Date

9

<<<continued from page 9>>>

    vacated and the clase must be remanded for the Government to either re-indict or release the Petitioner from custody.