# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas E Melter,<br><br>      Petitioner,<br><br>v.<br><br>Catricia Howard,<br><br>      Respondent. | NO. CV-21-00320-TUC-SHR (BGM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 5, 2021, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U. S. C. § 2241 is denied. Petitioner to take nothing and this action is hereby dismissed.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

October 5, 2021

                                              s/ A. Calderón
                                By   Deputy Clerk